# SPECIAL VERDICT FORM

**Copyright Infringement**

3-4-15

1. Do you find from a preponderance of the evidence that the Defendants' infringement of Mr. Owerko's "Conion Boombox" photograph was willful?

    ✓ Yes (willful)

    ___ No (not willful)

2. What damages do you award Plaintiff Owerko for the Defendants' infringements of the "Conion Boombox" photograph?

You must award between $750 and $30,000 if you found in question 1 that the infringement was not willful. You may increase the award to up to $150,000 if you found in question 1 that the infringement was willful.

   (a) Damages for the "Conion Boombox" photograph infringements:
   $ 100,000

3. Do you find from a preponderance of the evidence that the Defendants' infringement of Mr. Owerko's "Helix Boombox" photograph was willful?

    ✓ Yes (willful)

    ___ No (not willful)

4. What damages do you award Plaintiff Owerko for the Defendants' infringements of the "Helix Boombox" photograph?

You must award between $750 and $30,000 if you found in question 3 that the infringement was not willful. You may increase the award to up to $150,000 if you found in question 3 that the infringement was willful.

   (a) Damages for the "Helix Boombox" photograph infringements:
   $ 100,000

3-4-15 [signature]